UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT HAYMER, *et al*., | ) | Case No.: 1:23 CV 2397 |
| Plaintiffs | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF WILLOUGHBY, *et al.,* | ) | |
| Defendants | ) | <u>JUDGMENT ENTRY</u> |

The court, having granted Defendants City of Willoughby, Gerry Merhar, Robert Fiala, and Ken Kary's Motion for Judgment on the Pleadings (ECF No. 48) with respect to all of Plaintiffs' claims in a separate Order on this same date, hereby enters judgment in favor of Defendants City of Willoughby, Gerry Merhar, Robert Fiala, and Ken Kary and against Plaintiffs.

IT IS SO ORDERED.

<u>/s/ SOLOMON OLIVER, JR.</u>
UNITED STATES DISTRICT JUDGE

March 31, 2025